**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10CV115-1-W**
**3:07CR173-W**

| | | |
|---|---|---|
| **CARLA GRIFFIN,** | ) | |
| | ) | |
| **Petitioner** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

      **THIS MATTER** comes before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 1), filed March 3, 2010.

      On November 2, 2009, this Court sentenced Petitioner to 60 months imprisonment. Judgement was entered on November 30, 2009. On December 7, 2009, Petitioner appealed her sentence and conviction to the United States Court of Appeals for the Fourth Circuit where it is still pending. (App. Case No. 09-5163.) Because Petitioner's direct appeal is still pending, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is dismissed as premature.

      **IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED without prejudice**.

Signed: March 22, 2010

Frank D. Whitney
United States District Judge