# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Carla Griffin,

        Petitioner,                             JUDGMENT IN A CIVIL CASE

vs.                                           3:10-cv-115
                                                (3:07-cr-173)

United States of America,

        Respondent.

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 22, 2010 Order.

Signed: March 22, 2010

Frank G. Johns, Clerk
United States District Court